# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BLUEFIELD DIVISION

| | |
|---|---|
| C.L., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-00792 |
| DAVID R. WILSON, *et al.*, | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Shanna L. Brown, hereby certify that a true and correct copy of the foregoing **DEFENDANT NAKAMOTO GROUP INC.'S RULE 26(A)(1) INITIAL DISCLOSURES** has been served this 6th day of January, 2021, via U.S. Mail, upon the following:

L. Dante DiTrapano
Benjamin D. Adams
Alexander D. McLaughlin
CALWELL LUCE DITRAPANO
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302
P: 304-343-4323
F: 304-344-3684
dditrapano@cldlaw.com
badams@cldlaw.com
amclaughlin@cldlaw.com

Anthony I. Werner
JOHN & WERNER LAW OFFICES
Board of Trade Building, Suite 200
80-12th Street
Wheeling, WV 26003
P: 304-233-4380
F: 304-233-4387
Email: awerner@johnwernerlaw.com

Jay T. McCamic

Steven K. Nord
OFFUTT NORD
P. O. Box 2868
Huntington, WV 25728-2868
P: 304/529-2868
F: 304/529-2999
sknord@offuttnord.com
*Counsel for Defendant David R. Wilson*

J. Victor Flanagan
Ashley Justice Tucker
Daniel J. Burns
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
P: 304-254-9300
F: 304-255-5519
vflanagan@pffwv.com
atucker@pffwv.com
dburns@pffwv.com
*Counsel for Defendant Correctional Officers Amy Crawford, Gina Honaker*

<div style="display: flex;">
<div>

MCCAMIC LAW FIRM
P. O. Box 151
Wheeling, WV 26003
P: 304-238-9460
jay@mccamic.com
*Counsel for Plaintiff*

Defendant Lieutenant Scott Hall (pro se)
161 Woodson Avenue
Alderson, WV 24910

Defendant Jerrod R. Grimes (pro se)
70310-018
BASTROP FEDERAL CORRECTIONAL
INSTITUTION
P. O. Box 1010
Bastrop, TX 78602

</div>
<div>

Fred B. Westfall , Jr.
Jason S. Bailey
Jennifer M. Mankins
UNITED STATES ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
P: 304/345-2200
F: 304/347-5443
fred.westfall@usdoj.gov
jason.bailey2@usdoj.gov
jennifer.mankins@usdoj.gov
*Counsel for Defendant Lieutenant Workman
and The United States of America*

</div>
</div>

          *s/ Shanna L. Brown*
          Shanna L. Brown (WVSB #12516)