IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

C.L.,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:19-00792

DAVID R. WILSON, FPC Alderson;
et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

On January 7, 2021, an agreed order of dismissal was entered in this case dismissing with prejudice plaintiff's claims against the United States of America and its current and former employees. Accordingly, the following motions are **DENIED** as moot:

    (1)    Plaintiff's Motion for Extension of Time to Effect Service (ECF No. 57);

    (2)    Renewed Motion by Amy Crawford and Gina Honaker to Dismiss (ECF No. 78);

    (3)    Motion by the United States of America to Dismiss the Amended Complaint and/or for Summary Judgment (ECF No. 80); and

    (4)    Motion by Workman to Dismiss the Amended Complaint and/or for Summary Judgment (ECF No. 82).

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 11th day of February, 2021.

      ENTER:

      *David A. Faber*
      David A. Faber
      Senior United States District Judge